UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willard Hardin Mallard**            **Docket No. 5:16-CR-292-1BO**

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willard Hardin Mallard, who, upon an earlier plea of guilty to Armed Bank Robbery, was sentenced by the Honorable Marsha J. Pechman, United States District Judge, on November 23, 2004, to the custody of the Bureau of Prisons for a term of 171 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Willard Hardin Mallard was released from custody on August 10, 2015, at which time the term of supervised release commenced. On November 21, 2016, the defendant's case jurisdiction was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reports that he has previous mental health issues that stem from his service in the U.S. Army. Additionally, Mr. Mallard states that he was recently involved in a car accident that has affected his mental health state. As a result of the before mentioned information, Mr. Mallard has requested mental health treatment to assist in his stabilization and to cope with his current circumstances. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittian<br>Michael C. Brittian<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: August 01, 2017 |

Willard Hardin Mallard
Docket No. 5:16-CR-292-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __1__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge